AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP 3 0 2019

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Juan Bernardo Rodriguez-Montero

**CRIMINAL COMPLAINT**

Case Number: M-19-2338-M

IAE  YOB: 1984
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 28, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Juan Bernardo Rodriguez-Montero was encountered by Border Patrol Agents near Penitas, Texas on September 28, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 28, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on May 15, 2012 through San Ysidro, California. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 11, 2005, the defendant was convicted of Assault and sentenced to two (2) years supervised realease term.

approved by Scott V. Greenbaum, AUSA

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

September 30, 2019    3:08 pm    Carlos A. Sanchez    Border Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer